UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:26-mj-00067-JCN |
| DEVIN AUSTIN BISHOP | |

**MOTION FOR DETENTION**

The United States hereby moves for pretrial detention of the Defendant, Devin Austin Bishop, pursuant to 18 U.S.C. § 3142, and in support states as follows:

1. **Eligibility of Case.** This case is eligible for a detention order because the case involves:

    \_\_\_\_\_ Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

    __**x**__ Crime of violence

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10+ year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_\_ Felony involving a minor victim, a firearm, destructive device or dangerous weapon or failure to register as a sex offender

    __X__ Serious risk defendant will flee. According to the complaint affidavit, the defendant illegally entered the United States from Canada, then resisted arrest.

    \_\_\_\_\_ Serious risk obstruction of justice

2. **Reasons for Detention:**

1

i. Temporary Detention.

_____

_____

_____

ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which will reasonably assure:

  **X**   Defendant's appearance as required

  **X**   Safety of any other person and the community

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because:

___ Probable cause to believe the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951 et seq.), or chapter 705 of title 46.

___ Previous conviction for "eligible" offense committed while on pretrial bond.

4. **Date of Detention Hearing.** The United States requests that the detention hearing be held after a continuance of three days.

5. **Length of Detention Hearing.** The United States will require no more than a half hour to present its case for detention.

Date: March 13, 2026

Respectfully submitted,

ANDREW B. BENSON
United States Attorney


BY: */s/ Joel B. Casey*
Joel B. Casey
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 945-0373
Joel.casey@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 13, 2026, I filed the Government's Motion for Detention with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

_____, Esq. Defendant

                                      ANDREW B. BENSON
                                      United States Attorney

                                      BY: */s/ Joel B. Casey*
                                      Joel B. Casey
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      202 Harlow Street, Room 111
                                      Bangor, ME  04401
                                      (207) 945-0373
                                      Joel.caesy@usdoj.gov