AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
### for the
### District of Maine

| | |
|---|---|
| United States of America<br>v.<br>DEVIN AUSTIN BISHOP<br>*Defendant* | )<br>)<br>)<br>)<br>)   Case No. 1:26-mj-00067-JCN |

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DEVIN AUSTIN BISHOP                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Failure to report arrival and present for inspection in violation of Title 19, United States Code, Sections 1433(b) and 1436(a)(1), (c) and Assault on a federal official in violation of Title 18, United States Code, Sections 111(a)(1) and (b). (See accompanying affidavit of FBI SA Jennifer Misek)

Date: 2/25/26

*Issuing officer's signature*

City and state: Bangor, Maine

John C. Nivison, U.S.M.J.
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/25/2026, and the person was arrested on *(date)* 3/13/26
at *(city and state)* Bangor, ME.

Date: 3/13/26

*Arresting officer's signature*

Jennifer K. Misek, Special Agent
*Printed name and title*