UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:26-mj-00067-JCN |
| ) | |
| DEVIN AUSTIN BISHOP, ) | |
| ) | |
| Defendant ) | |

## ORDER OF TEMPORARY DETENTION

Defendant appeared before the Court on March 13, 2026, for an initial appearance on a Complaint. (ECF No. 1.) For the reasons stated on the record, although the Court explained to Defendant his rights and the nature of the allegations, the Court did not conduct a complete initial appearance. The Court will complete the initial appearance on March 16, 2026, at a time to be determined.

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained by the United States Marshal pending completion of Defendant's initial appearance; and it is further

ORDERED that Defendant shall next appear before this Court on March 16, 2026, at a time to be determined for the initial appearance.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 13th day of March, 2026.