UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA ) 
)
v. ) Case No.  1:26-mj-67-JCN[1]
)
DEVIN BISHOP )

## MOTION TO QUASH (Fed. R.Crim. P. 17(c))

NOW COMES Defendant Devin Bishop (hereinafter "Bishop"), by and through undersigned counsel, and hereby moves this Court to quash a subpoena seeking his medical and mental health records from Acadia Hospital and states as follows.

Grand jury subpoenas are "almost universally instrumentalities of the United States Attorney's office or of some other department of the executive branch." In re Grand Jury Proceedings (Schofield), 486 F.2d at 90. "Because this subpoena power may be abused, Fed.R.Crim.P. 17(c) gives the district court, on motion, the power to quash or modify a subpoena duces tecum "'if compliance would be unreasonable or oppressive.'" In re Grand Jury Matters, 751 F.2d 13, 16 (1st Cir. 1984)

Upon information and belief, the Government served a grand jury subpoena on Acadia Hospital seeking mental health diagnosis and treatment records of Defendant as part of its investigation into his alleged assault on a federal officer. These records are highly confidential, were not obtained through voluntary treatment, and concern Defendant's mental health.  Defendant objected to the production of these records on

---

[1] Bishop is unsure of the docket number associated with the subpoena request but wanted to file this Motion as soon as practically possible do avoid the disclosure of these records in the absence of his objection. Bishop understands this has already happened for purposes of Downeast Hospital records. He objects to the receipt of those records.

previous occasion before this Court at his Detention Hearing. The request for these records is unreasonable and oppressive for purposes of an investigation into an assault allegation. Defendant has not alleged any mental defenses—he has not even been indicted—and the Government can easily present evidence of the alleged assault through witness testimony consistent with the Probable Cause Affidavit used to arrest Defendant.

The request for Defendant's private mental health records is unreasonable and oppressive for these reasons and the grand jury subpoena to Acadia Hospital or any related entity should be quashed.

Date: March 31, 2026

/s/Matthew D. Morgan
MATTHEW D. MORGAN, ESQ.
McKee Morgan, P.A.
133 State Street
Augusta, ME.   04330
(207) 620-8294
mmorgan@mckeemorgan.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

UNITED STATES OF AMERICA  )
            )
   v.        )  Case No.  1:26-mj-67-JCN
            )
DEVIN BISHOP      )

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2026, I electronically filed the above Motion to Quash with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: U.S. Attorney's Office, Bangor, Maine.

Date: March 31, 2026

/s/Matthew D. Morgan
MATTHEW D. MORGAN, ESQ.
McKee Morgan, P.A.
133 State Street
Augusta, ME.  04330
(207) 620-8294
*mmorgan@mckeemorgan.com*